IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUBNA HIZOUNI | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 25-3534 |
| PROGRESSIVE ADVANCED | : |
| INSURANCE COMPANY | : |

**ORDER**

AND NOW, this 29th day of September, 2025, upon consideration of Plaintiff's Motion to Strike Defendant's Answer (the "Motion" at Dkt. #11) and Defendant's opposition thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
GAIL A. WEILHEIMER      J.