IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUBNA HIZOUNI,                         :
                                        :
                Plaintiff,              :        CIVIL ACTION
        v.                              :
                                        :        No.  25-3534
PROGRESSIVE ADVANCED INSURANCE :
COMPANY,                                :
                                        :
                Defendant.              :

## ORDER

AND NOW, this 10th day of March, 2026, upon consideration of Plaintiff's Motion to Strike Defendant's Objections and to Compel 30(b)(6) Corporate Designee Deposition (Dkt. 30) and Defendant's Response in Opposition thereto (Dkt. 31), it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.